Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Jessica C. Covington (SBN 301816)
jcovington@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Chrome Hearts LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS LLC, a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> PHILIPP PLEIN AMERICAS, INC., a New York Corporation; and DOES 1-10, inclusive, <br><br> Defendant. | CASE NO.: 2:18-cv-03978-JAK (JEMx) <br><br> **JOINT REPORT RE SETTLEMENT** |

　　　Plaintiff Chrome Hearts LLC and Defendant Philipp Plein Americas, Inc. (hereinafter collectively, the "Parties") submit, through their respective counsel of record, this joint report re settlement pursuant to this Court's October 22, 2018 order.

　　　The Parties are still discussing settlement and working together to resolve one outstanding term. The Parties agree that settlement is imminent and an agreement in principle will be reached within the next thirty (30) days, at which time the Parties will file a notice of settlement with the Court.

　　　As such, the Parties do not believe that assistance from the ADR Panel is

1  necessary at this time.  However, should be the Court prefer that the Parties file an
2  ADR-02 form so that a mediator is assigned to the case in the unlikely event that
3  settlement discussions are not successful, the Parties have no objection to same.

DATED: September 11, 2018    BLAKELY LAW GROUP

By: */s/ Jessica C. Covington*
Brent H. Blakely
Jessica C. Covington
***Attorneys for Plaintiff***
***Chrome Hearts LLC***

DATED: September 11, 2018    BESHADA FARNESE LLP

By: */s/ Peter J. Farnese*
Peter J. Farnese
***Attorneys for Defendant***
***Phillip Plein Americas, Inc.***