Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Jessica C. Covington (SBN 301816)
jcovington@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Chrome Hearts LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS LLC, a Delaware Limited Liability Company,<br><br>            Plaintiff,<br><br>    vs.<br><br>PHILIPP PLEIN AMERICAS, INC., a New York Corporation; and DOES 1-10, inclusive,<br><br>            Defendant. | CASE NO.: 2:18-cv-03978-JAK (JEMx)<br><br>**JOINT REPORT RE SETTLEMENT** |

1    Plaintiff Chrome Hearts LLC and Defendant Philipp Plein Americas, Inc.
2  (hereinafter collectively, the "Parties") submit, through their respective counsel of
3  record, this joint report re settlement pursuant to this Court's order.
4    The Parties are still struggling to come to an agreement regarding one provision
5  of settlement.  Although the Parties still believe that they will ultimately come to
6  agreement, assistance from the ADR Panel may be necessary to come to a full
7  resolution of this action.
8    As such, the Parties will file an ADR-02 form by a deadline of the Court's
9  choosing

DATED:    September 11, 2018    BLAKELY LAW GROUP

By:   */s/ Jessica C. Covington*
Brent H. Blakely
Jessica C. Covington
***Attorneys for Plaintiff***
***Chrome Hearts LLC***

DATED:    September 11, 2018    BESHADA FARNESE LLP

By:   */s/ Peter J. Farnese*
Peter J. Farnese
***Attorneys for Defendant***
***Phillip Plein Americas, Inc.***